IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WALTER CORTEZ, 12076455,**  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>**RAMON RICON and the DALLAS**  §<br>**COUNTY SHERIFF'S DEPT.,**  §<br>§<br>Defendants.  § | Civil Action No. **3:13-CV-1013-L** |

## ORDER

Plaintiff Walter Cortez ("Cortez" or "Plaintiff"), a state prisoner, brought this action under 42 U.S.C. § 1983 against defense attorney Ramon Ricon and the Dallas County Sheriff's Department. The case was referred to Magistrate Judge Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 14, 2013, recommending that Cortez's section 1983 claims be dismissed with prejudice. As of the date of this order, the court had not received any objections to the Report. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's section 1983 claims and this action.

**It is so ordered** this 31st day of May, 2013.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page